IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP J. GREENE,<br><br>        Petitioner,<br><br>  v.<br><br>K. POWERS, Warden,<br><br>        Respondent.<br>_____ | No. C 05-3433 MMC (PR)<br><br>**ORDER DENYING MOTION FOR CERTIFICATION OF INTERESTED PARTIES AND NOTICE OF APPEARANCE**<br><br>**(Docket No. 12)** |

       On August 24, 2005, petitioner, a California prisoner proceeding pro se, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 28, 2005, the Court granted petitioner's motion to stay the petition while he exhausted his claims in the state courts. On April 19, 2007, the Court lifted the stay and ordered respondent to file an answer showing cause why the petition should not be granted based on these claims or, in the alternative, a motion to dismiss on procedural grounds. On August 27, 2007, respondent filed an answer to the petition and, on September 10, 2007, petitioner filed a traverse.

       On June 25, 2007, petitioner filed a "Motion for Certification of Interested Parties and Notice of Appearance Pursuant to Established Local Rules." In the motion, petitioner asks the Court to order respondent and respondent's attorney to file with the Court and serve on petitioner a "Certification of Interested Parties," and to file a Notice of Appearance notifying the Court and petitioner of the name, address, telephone number and fax number of the attorney representing respondent in this action.

       Petitioner's request for an order directing respondent to file a "Certification of

Interested Parties" is DENIED. Although the Northern District's Civil Local Rule 3-16 requires each party to any civil proceeding to file a "Certification of Interested Entities or Persons," the Rule specifically provides that it does not apply to any governmental entity or its agencies. In the instant petition, respondent K. Powers is sued in his official capacity as the Warden of Avenal State Prison, a state agency. Respondent's attorney, Catherine A. McBrien, is a representative of the California Attorney General's Office, also a state agency. Accordingly, no certification pursuant to Rule 3-16 is necessary.

Petitioner's request for an order directing respondent's attorney to file a Notice of Appearance is DENIED as moot. On July 18, 2007, approximately three weeks after petitioner filed his motion, respondent's attorney made her first appearance in this action and provided the Court and petitioner with all of the contact information petitioner seeks.

This order terminates Docket No. 12.

IT IS SO ORDERED.

DATED: November 8, 2007

_____
MAXINE M. CHESNEY
United States District Judge