IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PHILLIP GREENE,

        Petitioner,

 v.

J. POWERS, Warden,

        Respondent.
                                     /

No. CV-05-3433 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the petition for a writ of habeas corpus is hereby DENIED.

Dated: July 10, 2009                                             Richard W. Wieking, Clerk

                                                                            By: Tracy Lucero
                                                                            Deputy Clerk